ACCEPTED
01-15-00028-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 2:48:58 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00028-CR, NO. 01-15-00029-CR

IN THE FIRST DISTRICT COURT OF APPEALS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 2:48:58 PM
CHRISTOPHER A. PRINE
Clerk

KELVIN MORRIS JONES JR.

V.

THE STATE OF TEXAS

SECOND MOTION FOR EXTENTION OF TIME

TO FILE APPELLANTS BRIEF

LAW OFFICE OF LURO TAYLOR

By: _____
LURO C. TAYLOR
1117 Herkimer
Houston, TX 77008
Telephone (713) 882-8954
Facsimile (713) 528-1982
Email: maxs2421@aol.com
Attorney for Appellant

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Pursuant to Tex. R. App.P 10.1 and 38.6(d) the Appellant Kelvin Morris Jones Jr. files this Second Motion to Extend Time to file Appellant's Brief .

Appellants opening brief is currently due on May 6, 2015. Counsel for Appellant requests a 60 day extension of time to file this brief, making brief due on July 6, 2015. This is the second request for an extension of time to file opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

. The entire statement of facts of the motion to suppress hearing consumes a total of five hundred and ninety-eight (598) pages and also includes state and Defense exhibits amounting to one-thousand-one –hundred and-sixty-two (1162) pages filed on February 8, 2015. At the time the statement of facts were filed , appellant's counsel by the preponderance of recent criminal and civil caseload was unable to give the necessary time to devote to appellant's brief.

The reporter's record remains incomplete and it was until just last week that counsel has obtained the video copy of state's exhibit number one (1) which is crucial to the appellant's defense. Due to the length of the statement of facts in the instant case, and the complexity of the legal issues involved, counsel was unable to prepare the appellate brief within this thirty day period. Resultantly, counsel finds it necessary to request an extension of 60 days to adequately and responsibly discharge his duty to appellant.

The extension of time requested will not prejudice or inconvenience appellee in any manner, nor will the time for submission of this case be extended by granting an extension of time in which to file appellant's brief.

All facts cited are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under the Rule of Appellate Procedure 10.2. Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so justice may be done

### PRAYER FOR RELIEF

For the reasons set forth above. Appellant requests that this Court Grant this First Motion to Extend time to file Appellant's Brief and Extend the Filing of Appellant's Brief to July 6, 2015. Appellant pleads for all other relief which it may be entitled.

**LAW OFFICE OF LURO TAYLOR**

By: _Luro C. Taylor_
**LURO C.TAYLOR**
**1117 Herkimer**
**Houston, TX 77008**
**Telephone (713) 882-8954**
**Facsimile (713) 528-1982**
**Email: maxs2421@aol.com**
**Attorney for Appellant**

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with counsel for the Appellee regarding this motion and: The State does not oppose this motion.

**LURO C.TAYLOR**

## CERTIFICATE OF SERVICE

I certify that on May 6, 2015 I mailed a copy of this motion to the following Counsel by First Class US mail:

William J. Delmore, III
Asst. District Attorney
207 W. Phillips
Conroe, TX 77301

**LURO C.TAYLOR**